Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
----------------------------------------------------------------X

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 4, 2005, denying defendant's motion for judgment on the pleadings; granting plaintiff's cross-motion for judgment on the pleadings; reversing the Commissioner's decision; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order of November 3, 2005; it is

ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied; that plaintiff's cross-motion for judgment on the pleadings is granted; that the Commissioner's decision is reversed; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order of November 3, 2005.

Dated: Brooklyn, New York
       November 07, 2005

ROBERT C. HEINEMANN
Clerk of Court